IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LATONYA SANDERS; and**             **PLAINTIFFS**
**HENRY SANDERS**

**V.**             **NO. 4:16-CV-118-DMB-JMV**

**STATE FARM INSURANCE COMPANY;**
**and MARGARET SAMUEL**             **DEFENDANTS**

## ORDER

On April 28, 2017, State Farm Insurance Company filed a Stipulation of Dismissal, signed by all parties who have appeared, stipulating to the "complete and final dismissal, with prejudice, of plaintiffs' Complaint and all its claims as it may relate to State Farm." Doc. #32. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 12th day of September, 2017.

                                               /s/ **Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**